```
                                    FILED
                                    DEC 2 0 2007
                                    CLERK, U.S. DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA
                                                            DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

07CR 3422 IEG

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 8, U.S.C., Sec. 1326(a) and (b) - Deported Alien Found in the United States (Felony) |
| JOSE LUIS RODRIGUEZ-GARCIA, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about November 25, 2007, within the Southern District of California, defendant JOSE LUIS RODRIGUEZ-GARCIA, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

CJB:mg:San Diego
11/29/2007

It is further alleged that defendant JOSE LUIS RODRIGUEZ-GARCIA was removed from the United States subsequent to July 10, 2007.

DATED: 12/19/07

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney