FILED
FEB 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case 07CR3422IEG |
| Plaintiff, ) | **S U P E R S E D I N G** |
| ) | **I N F O R M A T I O N** |
| v. ) | |
| ) | Title 18, U.S.C., Sec. 1001 - |
| JOSE LUIS RODRIGUEZ-GARCIA, ) | False Statement to a Federal |
| ) | Officer |
| Defendant. ) | |

The United States Attorney charges:

On or about May 21, 2007, within the Southern District of California, defendant JOSE LUIS RODRIGUEZ-GARCIA, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to United States Border Patrol Agents that he was born on March 20, 1981 when he was in fact born on May 20, 1983 as defendant then and there well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: 2/14/08

KAREN P. HEWITT
United States Attorney

FOR CARLA J. BRESSLER

\*:\*:\*San Diego
2/7/08