AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| JOSE LUIS RODRIGUEZ-GARCIA | CASE NUMBER: 07cr3422IEG |

I, JOSE LUIS RODRIGUEZ-GARCIA, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __2/14/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

JOSE LUIS RODRIGUEZ-GARCIA
Defendant

TIMOTHY A. SCOTT
Counsel for Defendant

Before _____
JUDICIAL OFFICER



FILED
FEB 14 2008